**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **CURTIS ANTHONY GATES** and **SHARON GATES** | | **PLAINTIFFS** |
| v. | 4:06CV01511-WRW | |
| **DAIMLERCHRYSLER MOTORS COMPANY, L.L.C. d/b/a DAIMLERCHRYSLER MOTORS COMPANY, L.L.C. of DELAWARE f/k/a DAIMLERCRYSLER MOTORS CORPORATION** | | **DEFENDANT** |

## <u>ORDER</u>

Pending is Defendant's Motion to Dismiss (Doc. No. 24). Plaintiff has responded (Doc. No. 26).

Defendant argues that this case should be dismissed under Fed. R. Civ. P. 41(b) because Plaintiffs have failed to comply with its discovery requests. "Dismissal with prejudice is an extreme sanction and should be used only in cases of wilful disobedience of a court order or . . . persistent failure to prosecute a complaint."[1] Defendant has presented no such evidence. Plaintiff has shown that any delay is discovery was due to a back injury sustained by Plaintiffs' counsel. Accordingly, Defendant's Motion is DENIED.

IT IS SO ORDERED this 27th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] *Rodgers v. Curators of University of Missouri*, 135 F.3d 1216, 1219 (8th Cir. 1998).