IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CURTIS ANTHONY GATES and**
**SHARON GATES**                                                                      **PLAINTIFFS**

v.                                           4:06CV01511-WRW

**DAIMLERCHRYSLER MOTORS COMPANY,**
**L.L.C. d/b/a DAIMLERCHRYSLER MOTORS**
**COMPANY, L.L.C. of DELAWARE f/k/a**
**DAIMLERCHRYSLER MOTORS CORPORATION**                          **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Assess Costs (Doc. No. 62). Defendant's Motion is DENIED.

IT IS SO ORDERED this 13th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE